103053-1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cv-23993

PIERRE GOURGUE,

    Plaintiff,

vs.

HOLIDAY CVS, LLC, a Florida
Limited Liability Company,

    Defendants.
_____/

## **DEFENDANT'S, HOLIDAY CVS, LLC, NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant, Holiday CVS, LLC, hereby removes the above-styled action from the Eleventh Judicial Circuit for Miami-Dade County, Florida to the United District Court for the Southern District of Florida on the basis of diversity jurisdiction. In support of removal, the Defendant states as follows:

1. Plaintiff filed this civil action against the Defendant in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida styled *Pierre Gourgue v. Holiday CVS, LLC and City of Miami*, Case No. 2021-019787-CA-01. A true and correct copy of all process and pleadings served upon CVS are attached hereto as Composite Exhibit "1" in compliance with 28 U.S.C. § 1447(b).

2. This action involves the Plaintiff's alleged personal injuries sustained as a result of an alleged incident at the CVS store located at 4800 Biscayne Boulevard, Miami, Florida 33137. *See generally* Plaintiff's Complaint, attached hereto as part of Composite Ex.1.

CASE NO. 1:21-cv-23993

3. On or about October 14, 2021, the Plaintiff served Holiday CVS, LLC. *See* Affidavit of Service of Process, dated October 14, 2021, attached hereto as part of Composite Ex. 1.

4. The amount in controversy in this case exceeds $75,000.00. Although the Complaint sets forth the minimal jurisdictional allegations necessary to invoke the jurisdiction of the state circuit court, the Plaintiff completed a civil cover sheet in which he stated that the estimated value of the claim was over $100,000.00, which demonstrates that the amount in controversy exceeds the amount necessary to invoke the jurisdiction of the District Court. *See* The Civil Cover Sheet, attached hereto as Exhibit "2". Therefore, Defendant has met its burden in establishing the amount in controversy requirement. S*ee Henderson v. Target Stores*, 431 F.Supp.2d 1143, 1144 (D. Col. Mar. 29, 2006) ("noting that a civil cover sheet seeking a monetary judgment in excess of $100,000 is a "paper" under 28 U.S.C. § 1446(b) triggering the 30-day clock for removal); *see also Scott v. Home Depot U.S.A., Inc.*, No. 11-62426-CIV, 2012 WL 86986, *2 (Fla. S.D. Jan. 11, 2012) (stating "a defendant may introduce its own affidavits, declarations, or other documentation" to meet its burden to show that the amount in controversy exceeds $75,000).

5. The Plaintiff, Pierre Gourgue, is a resident of Miami-Dade County, Florida. *See* ¶ 2 of Plaintiff's Complaint, attached hereto as part of Composite Ex. 1. Consequently, the Plaintiff is presumed to be a citizen of the State of Florida. *See Jones v. Law Firm of Hill & Ponton*, 141 F. Supp. 2d 1349, 1355 (M.D. Fla. 2001).

6. Further, Defendant, Holiday CVS, LLC is a single member LLC with its sole managing member being CVS Pharmacy, Inc., which is a corporation incorporated under the

CASE NO. 1:21-cv-23993

laws of the State of Rhode Island with its principal place of business in Woonsocket, Rhode Island. *See* Fla. Division of Corporations 2021 Annual Report, attached hereto as Exhibit "3". Therefore, Defendant, Holiday CVS, LLC is a citizen of the state of Rhode Island. *See Flintlock Const. Servs., LLC v. Well-Come Holdings, LLC*, 710 F. 3d 1221, 1224 (11th Cir. 2013) ("For the purpose of determining diversity jurisdiction, 'a limited liability company is a citizen of any state of which a member of the company is a citizen.'" (quoting *Rolling Greens MHP, L.P. v. Comcast SCH Holdings, L.L.C.*, 374 F. 3d 1020, 1022 (11th Cir. 2004))); *Advanced Construction and Renovation, Inc. v. Mt. Hawley Ins. Co.*, 2018 WL 797073 at *2 (S.D. Fla. Feb. 9, 2018) ("For purposes of diversity jurisdiction, a corporation shall be deemed to be a citizen of every state by which it has been incorporated and of the State where it has its principal place of business.").

7. Finally, the Plaintiff named the City of Miami in the style of the case when filing the Complaint. *See* Plaintiff's Complaint, attached hereto as part of Composite Ex. 1. On November 9, 2021, Plaintiff filed a Notice of Voluntary Dismissal without Prejudice as to the City of Miami, attached hereto as Exhibit "4."

8. And on November 10, 2021, the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida filed a judgment regarding the voluntary dismissal. *See* State Court Docket for Case No. 2021-019787-CA-01 attached hereto as Exhibit "5."

9. Defendant, CVS, filed this Notice of Removal within thirty (30) days after being served with Plaintiff's Complaint on October 14, 2021 and within thirty (30) days after ascertaining that the above-styled case became removable with the filing of the November 11, 2021 state circuit court judgment dismissing the non-diverse defendant. Accordingly, this Notice

CASE NO. 1:21-cv-23993

of Removal is timely filed. *See* 28 U.S.C. §§ 1446(b)(1), 1446(b)(3). No further state court proceedings in this litigation have taken place as of the date of this Notice of Removal.

10. Accordingly, this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00, exclusive of interests and costs and the action is between the Plaintiff, who is a citizen of Florida, and Defendant, who is a citizen of Rhode Island. Removal to this Court is therefore proper pursuant to 28 U.S.C. § 1441 given this Court's diversity jurisdiction. *See* 28 U.S.C. §§ 1332, 1441(a).

11. Pursuant to the procedural requirements for removal set forth in 28 U.S.C. § 1446(d), Holiday CVS, LLC will file a Notice of Filing Notice of Removal with the Clerk of Court for the Eleventh Judicial Circuit, in and for Miami-Dade, Florida and will provide written notice of this Notice of Removal to all parties via e-service. A copy of the Notice of Filing is attached hereto as Exhibit "6".

Dated: 11/12/2021

Respectfully submitted,

   */s/ Jacob J. Liro*
Jacob J. Liro, Esquire (32720)
JLiro@wickersmith.com
WICKER SMITH O'HARA
  McCOY & FORD, P.A.
2800 Ponce de Leon Boulevard
Suite 800
Coral Gables, FL  33134
Telephone:   (305) 448-3939
Facsimile:   (305) 441-1745
Attorneys for Holiday CVS, LLC

- 5 -

CASE NO. 1:21-cv-23993

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on November 12, 2021, and the foregoing document is being served this day on all counsel or parties of record on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

                                                      */s/ Jacob J. Liro*
                                                      Jacob J. Liro, Esquire

## SERVICE LIST

Andres Hermida, Esq.
Morgan & Morgan, P.A.
703 Waterford Way, Suite 1050
Miami, Florida 33126
Telephone:     (305) 929-1912
Facsimile:     (305) 929-1944
Ahermida@forthepeople.com
Jjaime@forthepeople.com