**CT Corporation**

**Service of Process Transmittal**
10/14/2021
CT Log Number 540414519

TO:     Serviceof Process
        CVS Health Companies
        1 CVS DR MAIL CODE 1160
        WOONSOCKET, RI 02895-6146

RE:     **Process Served in Florida**

FOR:    Holiday CVS, L.L.C.  (Domestic State: FL)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: PIERRE GOURGUE // To: Holiday CVS, L.L.C. |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 2021019787CA01 |
| **NATURE OF ACTION:** | Personal Injury - Failure to Maintain Premises in a Safe Condition |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/14/2021 at 11:05 |
| **JURISDICTION SERVED :** | Florida |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/14/2021, Expected Purge Date: 10/19/2021<br><br>Image SOP<br><br>Email Notification,  Serviceof Process  service_of_process@cvs.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Composite Exhibit 1



# PROCESS SERVER DELIVERY DETAILS

**Date:**              Thu, Oct 14, 2021

**Server Name:**       Adalberto Ruiz

Entity Served          HOLIDAY CVS, L.L.C.

Case Number            2021-019787-CA-01

Jurisdiction           FL



Filing # 135173348 E-Filed 09/23/2021 12:31:17 PM

| X IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
|---|---|---|
| **DIVISION**<br>X CIVIL      ☐ OTHER<br>☐ DISTRICTS | **SUMMONS 20 DAY CORPORATE SERVICE**<br>**(a) GENERAL FORMS** | **CASE NUMBER**<br>2021-019787-CA-01 |
| **PLAINTIFF(S)**<br>PIERRE GOURGUE | **VS.  DEFENDANT(S)**<br>HOLIDAY CVS, L.L.C. a Florida Limited<br>Liability Company | **SERVICE** |

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on

defendant(s): **HOLIDAY CVS, L.L.C. a Florida Limited Liability Company**

By Serving Its Registered Agent:     **C T CORPORATION SYSTEM**

<u>1200 South Pine Island Road</u>

<u>Plantation, FL 33324</u>

Each defendant is required to serve written defense to the complaint or petition on

Plaintiff's Attorney  <u>Andres Hermida, Esq., Morgan & Morgan, P.A.</u>

whose address is:  <u>703 Waterford Way, Suite 1050, Miami, Florida 33126</u>

          (305) 929-1912

          <u>ahermida@forthepeople.com jjaime@forthepeople.com</u>

within 20 days " <u>Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies,</u>

<u>or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days.</u>

<u>When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."</u> after service of this summons

on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before

service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for

the relief demanded in the complaint or petition.



| **HARVEY RUVIN**<br>**CLERK of COURTS** | 217043<br>*[signature]*<br>DEPUTY CLERK | *[seal]* | **DATE**<br>9/23/2021 |
|---|---|---|---|

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

Filing # 133337275 E-Filed 08/24/2021 06:19:37 PM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.: 2021-019787-CA-01

PIERRE GOURGUE,

      Plaintiff,

v.

HOLIDAY CVS, L.L.C.,
a Florida Limited Liability Company,
and CITY OF MIAMI,

      Defendant.

_____/

# COMPLAINT

    COMES NOW, Plaintiff, PIERRE GOURGUE, by and through the undersigned attorney,

and hereby sues the Defendant, HOLIDAY CVS, L.L.C. (hereinafter "CVS"), and alleges:

## GENERAL ALLEGATIONS

    1.    This is an action for damages that exceeds the sum of THIRTY THOUSAND

DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of

Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court).

Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of

the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only (the

Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil

cover sheet for data collection and clerical purposes only).  The actual value of Plaintiff's claim

will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

1

2.      At all times material hereto, Plaintiff, PIERRE GOURGUE, was and is a resident of Miami-Dade County, Florida.

3.      At all times material hereto, the Defendant, CVS, was and is a Florida Limited Liability Company which maintains a property for the regular transaction of its business in Miami-Dade County, Florida

4.      Venue is proper in this Court as the incident giving rise to this action occurred, and all parties reside, within Miami-Dade County.

## FACTS GIVING RISE TO CAUSE OF ACTION

5.      On or about December 29th, 2020, PIERRE GOURGUE, was walking on a cement walkway between the sidewalk and the Defendant, CVS', store located at 4800 Biscayne Boulevard in Miami-Dade County, Florida.

6.      Unbeknownst to Plaintiff, PIERRE GOURGE, there was an elevated portion of sidewalk in the area where he was walking. As Plaintiff, PIERRE GOURGUE, made his way toward the store, he tripped and fell due to the elevated portion of sidewalk, and landed forcefully on the ground.

7.      As a direct and proximate result of the Defendant, CVS', negligence in properly maintaining the sidewalk, Plaintiff, PIERRE GOURGUE, suffered permanent bodily injury.

## COUNT I -- PLAINTIFF'S CLAIM FOR PREMISES LIABILITY NEGLIGENCE AGAINST DEFENDANT

Plaintiff hereby incorporates and re-alleges paragraphs 1 through 7 above as though they had been fully set forth herein and further states:

8.      At all times material hereto, the Defendant, CVS, had a non-delegable duty to Plaintiff, PIERRE GOURGUE, to maintain its premises in a reasonably safe condition, and to

2

protect the Plaintiff, PIERRE GOURGUE, from dangers or defects about which the Defendant, CVS, was or should have been aware, through the use of ordinary and reasonable care.  The Defendant, CVS, breached its duty to Plaintiff, PIERRE GOURGUE, by committing one or more of the following acts or omissions:

a)    Negligently creating a hazardous condition on its premises from which it was reasonably foreseeable that persons such as Plaintiff would suffer injury;

b)    Negligently failing to inspect or adequately inspect the premises to discover the hazardous condition described above;

c)    Negligently allowing the hazardous condition described above to remain on the premises despite knowledge of the potential harm it presented to persons such as Plaintiff;

d)    Negligently failing to maintain or adequately maintain the premises, thus creating a hazardous condition to individuals such as Plaintiff walking on the sidewalk;

e)    Negligently failing to correct or adequately correct the said dangerous and hazardous condition which was and/or should have been known to the Defendant;

f)    Negligently failing to warn of the hazardous condition on its premises from which it was reasonably foreseeable that persons such as Plaintiff would suffer injury;

g)    Negligently failing to barricade, restrict, or otherwise prevent persons such as Plaintiff from encountering the hazardous condition on its premises as described above.

9.    As a direct and proximate result of the Defendant, CVS', negligence as described above, Plaintiff, PIERRE GOURGUE, suffered permanent bodily injury, including but not limited to pain and suffering of both a physical and mental nature, disability, physical impairment,

3

disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of past wages and loss of future earning capacity. These losses are either permanent or continuing and Plaintiff will suffer these losses in the future.

WHEREFORE, Plaintiff, PIERRE GOURGUE, demands judgment in his favor against the Defendant, CVS, in excess of the minimum jurisdictional limits of this Court for compensatory damages, including incidental and consequential damages, post-judgement interest, costs, attorney's fees, and for any other relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff, PIERRE GOURGUE, demands trial by jury on all issues triable as of right by jury.

Dated this _24TH_ day of August, 2021.

Andres Hermida, Esquire
Florida Bar Number: 1010725
MORGAN & MORGAN, P.A.
*Attorneys for Plaintiff*
703 Waterford Way, Suite 1050
Miami, FL 33126
Telephone: 305-929-1912
Facsimile: 305-929-1930
Ahermida@forthepeople.com
JJaime@forthepeople.com

4

Filing # 133337275 E-Filed 08/24/2021 06:19:37 PM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.: 2021-019787-CA-01

PIERRE GOURGUE,

     Plaintiff,

v.

HOLIDAY CVS, L.L.C.,
a Florida Limited Liability Company,

     Defendant.

_____/

## PLAINTIFF'S REQUEST FOR PRODUCTION TO THE DEFENDANT, HOLIDAY CVS, L.L.C.

Plaintiff, PIERRE GOURGUE, by and through the undersigned counsel, hereby request, pursuant to Fla. Rules of Civil Procedure 1.350, that the Defendant, HOLIDAY CVS, L.L.C. (hereinafter "CVS"), produce for inspection or copying the documents set forth below. The Defendant shall produce these documents at 703 Waterford Way, Suite 1050, Miami, FL 33126 within forty-five (45) days after service of this Request for Production as follows:

1.    All statements made by any witnesses to the subject accident at the subject place of business.

2.    A true and correct copy of any and all statements made by Plaintiff pertaining to or concerning the subject matter.

3.    Color copies of any and all photographs of the area involved in the subject accident. This request is limited to photographs taken in the one (1) year prior to the date of Plaintiff's injury.

4.    A true and correct copy of any and all insurance agreements, insurance policies or agreements of any kind of nature under which any person or company carrying on an insurance business may be liable to satisfy part of all or a judgment that may

be entered in this action or to indemnify or reimburse any payments made to satisfy any such judgment or settlement, including but not limited to a certified copy of the declarations sheet as to each such policy.

5.    A true and correct copy of any contract or agreement between the Defendant, CVS, and any individual(s) or entity(ies) for the inspections, maintenance, and general upkeep of the portion of sidewalk where Plaintiff fell. This request is limited to those contracts or agreements which were in effect on the date of the subject incident.

6.    A true and correct copy of any diagram, survey, plat, or other document which confirms the property lines of the Defendant, CVS', property on the date of the subject incident as alleged in the Complaint.

7.    A true and correct copy of any and all incident/accident report or other documents kept in the ordinary course of business containing information about the incident alleged in the Complaint, completed by you, or your agents, representatives, or employees surrounding the subject accident and for substantially similar incidents for three (3) years prior to the date of the subject incident. Substantially similar incidents are defined as any falls which occurred in the area where Plaintiff fell.

8.    A true and correct copy of any and all inspection, check-off, or sweep sheets or other documents showing who performed inspections or maintenance of the subject portion of sidewalk, what kind of inspections or maintenance were performed, the times of the inspections or maintenance and other information about the inspections or maintenance that might have been done on the date of the subject accident, as well as the six (6) months before the date of the subject incident.

9.   A true and correct copy of any and all time sheets, clock cards or any other documents showing the hours and time worked by any employees who last inspected or maintained the subject portion of sidewalk prior to the date of the subject incident.

10.  A true and correct copy of any and all documents or lists with the names, addresses, duties, responsibilities, and job descriptions of all employees on duty at the subject location on the date of the subject accident with knowledge of the incident in question.

11.  A true and correct copy of any and all documents and/or employee handbooks maintained by the Defendant within one (1) year prior of the date of the subject accident concerning or relating to maintenance, accident investigation/reporting, inspection, or safety precautions and protocols for the sidewalks within the City of Miami.

12.  Color copies of any and all photographs taken of the accident scene.

13.  A color copy(ies) of any surveillance video(s), photographs, or depictions taken of the Plaintiff by any investigative or surveillance company, including any and all notes, reports, and billing for same.

14.  A true and correct copy of any and all surveillance video, cctv, or other video recording which captured Plaintiff's fall, or the area wherein Plaintiff fell. This request includes the video of the two hours before, and the two hours after Plaintiff was injured.

15.  A true and correct copy of any written or verbal complaints, notifications, notices, correspondence, letters, email, or other communication received by the Defnedant,

3

CVS, advising of elevated portions of sidewalk in the area where the subject incident occurred, in the three (3) years prior to the date of the subject incident.

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished to the Defendant, together with the Summons and Complaint.

Andres Hermida, Esquire
Florida Bar Number: 1010725
MORGAN & MORGAN, P.A.
*Attorneys for Plaintiff*
703 Waterford Way, Suite 1050
Miami, FL 33126
Telephone: 305-929-1912
Facsimile: 305-929-1930
Ahermida@forthepeople.com
JJaime@forthepeople.com

4

Filing # 133337275 E-Filed 08/24/2021 06:19:37 PM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

CASE NO.: 2021-019787-CA-01

PIERRE GOURGUE,

     Plaintiff,

v.

HOLIDAY CVS, L.L.C.,
a Florida Limited Liability Company,

     Defendant.

_____/

## NOTICE OF SERVICE OF INTERROGATORIES

TO:    HOLIDAY CVS, L.L.C. (hereinafter "CVS")

     COMES NOW the Plaintiff, PIERRE GOURGUE, by and through the undersigned counsel and hereby propounds upon Defendant, HOLIDAY CVS, L.L.C., and pursuant to Rule 1.340, Florida Rules of Civil Procedure, the attached interrogatories, answers to which will be due within forty-five (45) days from the date of service hereof.

[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]

1

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Hand Delivery this, the same date of service as that of the Summons and Complaint.

Andres Hermida, Esq.
FBN: 1010725
Morgan & Morgan
703 Waterford Way, Suite 1050
Miami, FL 33126
Telephone: (305) 929-1912
Facsimile: (305) 929-1930
Attorneys for Plaintiff
E-Mail: AHermida@forthepeople.com
        JJaime@forthepeople.com

2

## INTERROGATORIES - SLIP & FALL

**PLEASE INSERT YOUR ANSWERS IN THE SPACE PROVIDED BELOW EACH INTERROGATORY. SHOULD ADDITIONAL SPACE BE NEEDED, PLEASE ATTACH AN EXTRA SHEET. "YOU" AND "YOUR" REFER TO THE DEFENDANT TO WHOM THESE INTERROGATORIES ARE DIRECTED.   DEFENDANT INCLUDES ALL AGENTS, SERVANTS, OR EMPLOYEES OF THE DEFENDANT.**

1.      State the full name, address, occupation and employer of any and all persons who answer these Interrogatories or who have provided information used in compiling the answers to these Interrogatories.

   **ANSWER:**

2.      Is the name of the individual within the Defendant, CVS's, company with the most knowledge regarding the policies and procedures for sidewalk maintenance within the Defendant's property. This is limited to those policies and procedures which were in effect on the date of the subject incident.

   **ANSWER:**

3.      State the name(s) of the individual(s) with responsibilities for inspecting, maintaining, and/or repairing sidewalks within the Defendant, CVS', company at the time of the subject incident.

   **ANSWER:**

3

4.        Are the date and place of the alleged incident correctly stated in the Complaint?  If not, please state the date, time and place of this alleged incident believed or known by you, your agents or attorneys to be correct.

**ANSWER:**

5.        Please state whether any incident report was prepared by your employees, agents, and/or representatives in response to the incident giving rise to this action, and if so, please list the name, address and occupation of the current custodian of said incident report.

**ANSWER:**

6.        Please list the name, last known address, and employer of each and every employee employed by the Defendant and working at said location with knowledge of, and/or involvement in, the incident as alleged in the Complaint, including job title and nature of said person's involvement/knowledge.

**ANSWER:**

4

7.      State the full name, address, occupation and employer of any and all persons who have investigated this incident for or on behalf of you, your attorneys, agents, insurance carrier, etc. Please note this Interrogatory docs not request the contents, reports, results, or conclusions of any investigation, but rather the names of the individuals who conducted any investigation.

**ANSWER:**

8.      State full name, address, occupation and employer of any and all persons known to have any information concerning the incident alleged in Plaintiff's Complaint.

**ANSWER:**

9.      State the full name, address, occupation and employer of all persons contacted by any investigators in their investigation of this incident. Please note this Interrogatory does not request the contents, reports, results, or conclusions of any investigation, but rather the names of the individuals who conducted any investigation.

**ANSWER:**

10.     State the name, address, and employer of any and all persons known to you or to anyone acting on your behalf, who heard or saw or claims to have heard or seen any of the events or happenings that occurred immediately before, at the time of, or immediately after this incident.

**ANSWER:**

5

11.     Have you, your agents, investigators, attorneys or anyone acting on your behalf, obtained any kind of written, recorded, or other type of statement from the Plaintiff or any persons described in your previous Interrogatory answers?  If so, please identify each statement by date, identity of person giving statement and name of current custodian of each statement.

        **ANSWER:**

12.     State the precise location where the incident alleged in the Complaint occurred, including the area specifically, where the Plaintiff was injured.

        **ANSWER:**

13.     Based on your knowledge at this time, describe in detail how the alleged incident happened, including all actions taken by the Defendant to prevent the incident.

        **ANSWER:**

6

14.     State the frequency and dates of any inspections or maintenance of the area of sidewalk where this incident occurred for the one (1) year period prior to the subject incident. State the name, address and job title of the person who conducted the last inspection, cleaning, or maintenance prior to the incident.

**ANSWER:**

15.     State whether any employee, agent, or assign of the Defendant, CVS, notified any adjacent property, government agency such as Miami-Dade County or the City of Miami, any business, or premises of any deficiencies or improper/dangerous conditions pertaining to the sidewalks where the subject incident occurred in the three (3) years prior to the date of the subject incident.

**ANSWER:**

16.     State whether you have within your possession, custody, or control any photographs, films, diagrams of the incident scene or objects connected with said incident. Describe any and all such items.

**ANSWER:**

7

17.     Please state whether or not you have experienced any other substantially similar
        incidents on the premises involved in this action within three (3) years prior to the
        date of the subject incident. Substantially similar incidents are defined as any trip
        and falls in the area where Plaintiff's fall occurred.

        **ANSWER:**

18.     If your answer to questions 17 is yes, please list the name, address and telephone
        number for each and every individual involved in said incidents and describe the
        status of the individual (i.e., person falling, eye witnesses, guest, etc.)

        **ANSWER:**

19.     Please state the name and address for each individual responsible for inspecting and
        maintaining the subject sidewalk, for the date of the subject incident and the six (6)
        months prior.

        **ANSWER:**

20.       Please state whether the Defendant, CVS, received any written or verbal complaints, notifications, notices, correspondence, letters, email, or other communication advising of elevated portions of sidewalk in the area where the subject incident occurred, in the three (3) years prior to the date of the subject incident. If so, please state with specificity who received same, the manner in which they were received, the date they were received, and who has possession, custody, or control of any records relating to same.

**ANSWER:**

21.       If you contend that Plaintiff acted in such a manner as to cause or contribute to the incident, give a concise statement of the facts upon which you rely and how you came upon such knowledge.

**ANSWER:**

22.       Does the Defendant, CVS, or its attorneys intend to call any non-medical expert witnesses at the trial of this case?  If so, please state the name and address of each witness, their qualifications as an expert, the subject matter upon which they are expected to testify, the substance of the facts and opinions to which each expert is expected to testify, and a summary of the grounds for each opinion.

**ANSWER:**

9

23.     State whether there is liability insurance covering the Defendant(s) for this incident, including but not limited to primary and umbrella coverage. If so, identify the insurance carrier(s), policy number(s) and applicable limits of liability. You may provide a copy of any such policies in lieu of response.

**ANSWER:**

24      State whether the Defendant, CVS, has any policies and/or procedures in place for warning of hazardous or dangerous conditions such as elevated portions of sidewalk within its property limits. If yes, please state the name and address of the individual in possession, custody or control of said policies and/or procedures.

**ANSWER:**

25.     Please state whether the Defendant, CVS, provided any form of notice to Plaintiff, PIERRE GOURGUE, regarding the existence of uneven or elevated portions of sidewalk in the area where the subject incident occurred..

**ANSWER:**

26.     Please state whether Defendant, CVS, has entered into any contract, agreement, or arrangement with any other individual(s) or entity(ies) regarding the inspection or maintenance of the subject portion of sidewalk in the three (3) years prior to the date of Plaintiff's injury.

**ANSWER:**

_____

Representative for HOLIDAY CVS, L.L.C.

STATE OF FLORIDA          )
                          )SS
COUNTY OF                 )

     BEFORE ME, the undersigned authority, personally appeared, _____

_____, who is [ ] personally known to me, or [ ] provided identification in the

form of _____, and who, upon being first duly sworn

according to law, deposes and says that she executed the foregoing Answers to Interrogatories

dated _____, and they are true and correct to the

best of his/her knowledge and belief.

     IN WITNESS WHEREOF, I have hereunto set my hand and affix the seal of my office in

the County and State last aforementioned this _____ day of _____, 2021.


_____

NOTARY PUBLIC, STATE OF FLORIDA

My Commission Expires:

11

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I.    **CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

<u>PIERRE GOURGUE</u>
Plaintiff                                                                Case # _____
                                                                          Judge  _____

vs.
<u>HOLIDAY CVS, L.L.C, CITY OF MIAMI</u>
 Defendant

II.    **AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

III.    **TYPE OF CASE**       (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
      ☐ Business governance
      ☐ Business torts
      ☐ Environmental/Toxic tort
      ☐ Third party indemnification
      ☐ Construction defect
      ☐ Mass tort
      ☐ Negligent security
      ☐ Nursing home negligence
      ☒ Premises liability—commercial
      ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
      ☐ Commercial foreclosure
      ☐ Homestead residential foreclosure
      ☐ Non-homestead residential foreclosure
      ☐ Other real property actions

☐ Professional malpractice
      ☐ Malpractice—business
      ☐ Malpractice—medical
      ☐ Malpractice—other professional
☐ Other
      ☐ Antitrust/Trade regulation
      ☐ Business transactions
      ☐ Constitutional challenge—statute or ordinance
      ☐ Constitutional challenge—proposed amendment
      ☐ Corporate trusts
      ☐ Discrimination—employment or other
      ☐ Insurance claims
      ☐ Intellectual property
      ☐ Libel/Slander
      ☐ Shareholder derivative action
      ☐ Securities litigation
      ☐ Trade secrets
      ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.  REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.  NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

  1

**VI.  IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.  HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.  IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: _s/ Andres Alejandro Hermida_     Fla. Bar # _1010725_
      Attorney or party                  (Bar # if attorney)

_Andres Alejandro Hermida_         _08/24/2021_
  (type or print name)             Date

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.:

PIERRE GOURGUE,

        Plaintiff,

v.

HOLIDAY CVS, L.L.C.,
a Florida Limited Liability Company,
and CITY OF MIAMI,

        Defendant.

_____/

## COMPLAINT

COMES NOW, Plaintiff, PIERRE GOURGUE, by and through the undersigned attorney, and hereby sues the Defendant, HOLIDAY CVS, L.L.C. (hereinafter "CVS"), and alleges:

## GENERAL ALLEGATIONS

1.    This is an action for damages that exceeds the sum of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees (The estimated value of Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this Court). Accordingly, Plaintiff has entered "$30,001" in the civil cover sheet for the "estimated amount of the claim" as required in the preamble to the civil cover sheet for jurisdictional purposes only (the Florida Supreme Court has ordered that the estimated "amount of claim" be set forth in the civil cover sheet for data collection and clerical purposes only). The actual value of Plaintiff's claim will be determined by a fair and just jury in accordance with Article 1, Section 21, Fla. Const.

1

2.      At all times material hereto, Plaintiff, PIERRE GOURGUE, was and is a resident of Miami-Dade County, Florida.

3.      At all times material hereto, the Defendant, CVS, was and is a Florida Limited Liability Company which maintains a property for the regular transaction of its business in Miami-Dade County, Florida.

4.      Venue is proper in this Court as the incident giving rise to this action occurred, and all parties reside, within Miami-Dade County.

## FACTS GIVING RISE TO CAUSE OF ACTION

5.      On or about December 29th, 2020, PIERRE GOURGUE, was walking on a cement walkway between the sidewalk and the Defendant, CVS', store located at 4800 Biscayne Boulevard in Miami-Dade County, Florida.

6.      Unbeknownst to Plaintiff, PIERRE GOURGE, there was an elevated portion of sidewalk in the area where he was walking. As Plaintiff, PIERRE GOURGUE, made his way toward the store, he tripped and fell due to the elevated portion of sidewalk, and landed forcefully on the ground.

7.      As a direct and proximate result of the Defendant, CVS', negligence in properly maintaining the sidewalk, Plaintiff, PIERRE GOURGUE, suffered permanent bodily injury.

## COUNT I – PLAINTIFF'S CLAIM FOR PREMISES LIABILITY NEGLIGENCE AGAINST DEFENDANT

Plaintiff hereby incorporates and re-alleges paragraphs 1 through 7 above as though they had been fully set forth herein and further states:

8.      At all times material hereto, the Defendant, CVS, had a non-delegable duty to Plaintiff, PIERRE GOURGUE, to maintain its premises in a reasonably safe condition, and to

2

protect the Plaintiff, PIERRE GOURGUE, from dangers or defects about which the Defendant, CVS, was or should have been aware, through the use of ordinary and reasonable care.  The Defendant, CVS, breached its duty to Plaintiff, PIERRE GOURGUE, by committing one or more of the following acts or omissions:

    a)    Negligently creating a hazardous condition on its premises from which it was reasonably foreseeable that persons such as Plaintiff would suffer injury;

    b)    Negligently failing to inspect or adequately inspect the premises to discover the hazardous condition described above;

    c)    Negligently allowing the hazardous condition described above to remain on the premises despite knowledge of the potential harm it presented to persons such as Plaintiff;

    d)    Negligently failing to maintain or adequately maintain the premises, thus creating a hazardous condition to individuals such as Plaintiff walking on the sidewalk;

    e)    Negligently failing to correct or adequately correct the said dangerous and hazardous condition which was and/or should have been known to the Defendant;

    f)    Negligently failing to warn of the hazardous condition on its premises from which it was reasonably foreseeable that persons such as Plaintiff would suffer injury;

    g)    Negligently failing to barricade, restrict, or otherwise prevent persons such as Plaintiff from encountering the hazardous condition on its premises as described above.

9.    As a direct and proximate result of the Defendant, CVS', negligence as described above, Plaintiff, PIERRE GOURGUE, suffered permanent bodily injury, including but not limited to pain and suffering of both a physical and mental nature, disability, physical impairment,

disfigurement, mental anguish, inconvenience, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of past wages and loss of future earning capacity.  These losses are either permanent or continuing and Plaintiff will suffer these losses in the future.

WHEREFORE, Plaintiff, PIERRE GOURGUE, demands judgment in his favor against the Defendant, CVS, in excess of the minimum jurisdictional limits of this Court for compensatory damages, including incidental and consequential damages, post-judgement interest, costs, attorney's fees, and for any other relief this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff, PIERRE GOURGUE, demands trial by jury on all issues triable as of right by jury.

Dated this _____ 24TH _____ day of August, 2021.

_____
Andres Hermida, Esquire
Florida Bar Number:  1010725
MORGAN & MORGAN, P.A.
*Attorneys for Plaintiff*
703 Waterford Way, Suite 1050
Miami, FL 33126
Telephone:  305-929-1912
Facsimile:  305-929-1930
Ahermida@forthepeople.com
JJaime@forthepeople.com

4

Filing # 133337275 E-Filed 08/24/2021 06:19:37 PM

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.:

PIERRE GOURGUE,

      Plaintiff,

v.

HOLIDAY CVS, L.L.C.,
a Florida Limited Liability Company,

      Defendant.

_____/

## NOTICE OF SERVICE OF INTERROGATORIES

TO:    HOLIDAY CVS, L.L.C. (hereinafter "CVS")

      COMES NOW the Plaintiff, PIERRE GOURGUE, by and through the undersigned counsel and hereby propounds upon Defendant, HOLIDAY CVS, L.L.C., and pursuant to Rule 1.340, Florida Rules of Civil Procedure, the attached interrogatories, answers to which will be due within forty-five (45) days from the date of service hereof.

[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]

1

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Hand Delivery this, the same date of service as that of the Summons and Complaint.

_____
Andres Hermida, Esq.
FBN: 1010725
Morgan & Morgan
703 Waterford Way, Suite 1050
Miami, FL 33126
Telephone: (305) 929-1912
Facsimile: (305) 929-1930
Attorneys for Plaintiff
E-Mail: AHermida@forthepeople.com
        JJaime@forthepeople.com

2

## INTERROGATORIES - SLIP & FALL

**PLEASE INSERT YOUR ANSWERS IN THE SPACE PROVIDED BELOW EACH INTERROGATORY.  SHOULD ADDITIONAL SPACE BE NEEDED, PLEASE ATTACH AN EXTRA SHEET.  "YOU" AND "YOUR" REFER TO THE DEFENDANT TO WHOM THESE INTERROGATORIES ARE DIRECTED.   DEFENDANT INCLUDES ALL AGENTS, SERVANTS, OR EMPLOYEES OF THE DEFENDANT.**

1.      State the full name, address, occupation and employer of any and all persons who answer these Interrogatories or who have provided information used in compiling the answers to these Interrogatories.

   **ANSWER:**

2.      Is the name of the individual within the Defendant, CVS's, company with the most knowledge regarding the policies and procedures for sidewalk maintenance within the Defendant's property. This is limited to those policies and procedures which were in effect on the date of the subject incident.

   **ANSWER:**

3.      State the name(s) of the individual(s) with responsibilities for inspecting, maintaining, and/or repairing sidewalks within the Defendant, CVS', company at the time of the subject incident.

   **ANSWER:**

3

4.        Are the date and place of the alleged incident correctly stated in the Complaint?  If not, please state the date, time and place of this alleged incident believed or known by you, your agents or attorneys to be correct.

**ANSWER**:

5.        Please state whether any incident report was prepared by your employees, agents, and/or representatives in response to the incident giving rise to this action, and if so, please list the name, address and occupation of the current custodian of said incident report.

**ANSWER**:

6.        Please list the name, last known address, and employer of each and every employee employed by the Defendant and working at said location with knowledge of, and/or involvement in, the incident as alleged in the Complaint, including job title and nature of said person's involvement/knowledge.

**ANSWER**:

7.          State the full name, address, occupation and employer of any and all persons who have investigated this incident for or on behalf of you, your attorneys, agents, insurance carrier, etc. Please note this Interrogatory does not request the contents, reports, results, or conclusions of any investigation, but rather the names of the individuals who conducted any investigation.

**ANSWER:**

8.          State full name, address, occupation and employer of any and all persons known to have any information concerning the incident alleged in Plaintiff's Complaint.

**ANSWER:**

9.          State the full name, address, occupation and employer of all persons contacted by any investigators in their investigation of this incident. Please note this Interrogatory does not request the contents, reports, results, or conclusions of any investigation, but rather the names of the individuals who conducted any investigation.

**ANSWER:**

10.          State the name, address, and employer of any and all persons known to you or to anyone acting on your behalf, who heard or saw or claims to have heard or seen any of the events or happenings that occurred immediately before, at the time of, or immediately after this incident.

**ANSWER:**

11.     Have you, your agents, investigators, attorneys or anyone acting on your behalf, obtained any kind of written, recorded, or other type of statement from the Plaintiff or any persons described in your previous Interrogatory answers?  If so, please identify each statement by date, identity of person giving statement and name of current custodian of each statement.

        **ANSWER:**

12.     State the precise location where the incident alleged in the Complaint occurred, including the area specifically, where the Plaintiff was injured.

        **ANSWER:**

13.     Based on your knowledge at this time, describe in detail how the alleged incident happened, including all actions taken by the Defendant to prevent the incident.

        **ANSWER:**

6

14.     State the frequency and dates of any inspections or maintenance of the area of sidewalk where this incident occurred for the one (1) year period prior to the subject incident. State the name, address and job title of the person who conducted the last inspection, cleaning, or maintenance prior to the incident.

**ANSWER:**

15.     State whether any employee, agent, or assign of the Defendant, CVS, notified any adjacent property, government agency such as Miami-Dade County or the City of Miami, any business, or premises of any deficiencies or improper/dangerous conditions pertaining to the sidewalks where the subject incident occurred in the three (3) years prior to the date of the subject incident.

**ANSWER:**

16.     State whether you have within your possession, custody, or control any photographs, films, diagrams of the incident scene or objects connected with said incident.  Describe any and all such items.

**ANSWER:**

7

17.     Please state whether or not you have experienced any other substantially similar incidents on the premises involved in this action within three (3) years prior to the date of the subject incident. Substantially similar incidents are defined as any trip and falls in the area where Plaintiff's fall occurred.

        **ANSWER:**

18.     If your answer to questions 17 is yes, please list the name, address and telephone number for each and every individual involved in said incidents and describe the status of the individual (i.e., person falling, eye witnesses, guest, etc.)

        **ANSWER:**

19.     Please state the name and address for each individual responsible for inspecting and maintaining the subject sidewalk, for the date of the subject incident and the six (6) months prior.

        **ANSWER:**

20.     Please state whether the Defendant, CVS, received any written or verbal complaints, notifications, notices, correspondence, letters, email, or other communication advising of elevated portions of sidewalk in the area where the subject incident occurred, in the three (3) years prior to the date of the subject incident. If so, please state with specificity who received same, the manner in which they were received, the date they were received, and who has possession, custody, or control of any records relating to same.

**ANSWER:**


21.     If you contend that Plaintiff acted in such a manner as to cause or contribute to the incident, give a concise statement of the facts upon which you rely and how you came upon such knowledge.

**ANSWER:**


22.     Does the Defendant, CVS, or its attorneys intend to call any non-medical expert witnesses at the trial of this case?  If so, please state the name and address of each witness, their qualifications as an expert, the subject matter upon which they are expected to testify, the substance of the facts and opinions to which each expert is expected to testify, and a summary of the grounds for each opinion.

**ANSWER:**

23.      State whether there is liability insurance covering the Defendant(s) for this incident, including but not limited to primary and umbrella coverage.  If so, identify the insurance carrier(s), policy number(s) and applicable limits of liability.  You may provide a copy of any such policies in lieu of response.

**ANSWER:**

24      State whether the Defendant, CVS, has any policies and/or procedures in place for warning of hazardous or dangerous conditions such as elevated portions of sidewalk within its property limits. If yes, please state the name and address of the individual in possession, custody or control of said policies and/or procedures.

**ANSWER:**

25.      Please state whether the Defendant, CVS, provided any form of notice to Plaintiff, PIERRE GOURGUE, regarding the existence of uneven or elevated portions of sidewalk in the area where the subject incident occurred..

**ANSWER:**

26.      Please state whether Defendant, CVS, has entered into any contract, agreement, or arrangement with any other individual(s) or entity(ies) regarding the inspection or maintenance of the subject portion of sidewalk in the three (3) years prior to the date of Plaintiff's injury.

**ANSWER:**

_____
Representative for HOLIDAY CVS, L.L.C.

STATE OF FLORIDA                    )
                                    )SS
COUNTY OF                           )

BEFORE ME, the undersigned authority, personally appeared, _____

_____, who is [  ] personally known to me, or [  ] provided identification in the

form of _____, and who, upon being first duly sworn

according to law, deposes and says that she executed the foregoing Answers to Interrogatories

dated _____, and they are true and correct to the

best of his/her knowledge and belief.

IN WITNESS WHEREOF, I have hereunto set my hand and affix the seal of my office in

the County and State last aforementioned this _____ day of _____, 2021.

_____
NOTARY PUBLIC, STATE OF FLORIDA

My Commission Expires:

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.:

PIERRE GOURGUE,

 Plaintiff,

v.

HOLIDAY CVS, L.L.C.,
a Florida Limited Liability Company,

 Defendant.

_____/

## **PLAINTIFF'S REQUEST FOR PRODUCTION TO THE DEFENDANT, HOLIDAY CVS, L.L.C.**

Plaintiff, PIERRE GOURGUE, by and through the undersigned counsel, hereby request, pursuant to Fla. Rules of Civil Procedure 1.350, that the Defendant, HOLIDAY CVS, L.L.C. (hereinafter "CVS"), produce for inspection or copying the documents set forth below.  The Defendant shall produce these documents at 703 Waterford Way, Suite 1050, Miami, FL  33126 within forty-five (45) days after service of this Request for Production as follows:

1. All statements made by any witnesses to the subject accident at the subject place of business.

2. A true and correct copy of any and all statements made by Plaintiff pertaining to or concerning the subject matter.

3. Color copies of any and all photographs of the area involved in the subject accident. This request is limited to photographs taken in the one (1) year prior to the date of Plaintiff's injury.

4. A true and correct copy of any and all insurance agreements, insurance policies or agreements of any kind of nature under which any person or company carrying on an insurance business may be liable to satisfy part of all or a judgment that may

be entered in this action or to indemnify or reimburse any payments made to satisfy any such judgment or settlement, including but not limited to a certified copy of the declarations sheet as to each such policy.

5.   A true and correct copy of any contract or agreement between the Defendant, CVS, and any individual(s) or entity(ies) for the inspections, maintenance, and general upkeep of the portion of sidewalk where Plaintiff fell. This request is limited to those contracts or agreements which were in effect on the date of the subject incident.

6.   A true and correct copy of any diagram, survey, plat, or other document which confirms the property lines of the Defendant, CVS', property on the date of the subject incident as alleged in the Complaint.

7.   A true and correct copy of any and all incident/accident report or other documents kept in the ordinary course of business containing information about the incident alleged in the Complaint, completed by you, or your agents, representatives, or employees surrounding the subject accident and for substantially similar incidents for three (3) years prior to the date of the subject incident. Substantially similar incidents are defined as any falls which occurred in the area where Plaintiff fell.

8.   A true and correct copy of any and all inspection, check-off, or sweep sheets or other documents showing who performed inspections or maintenance of the subject portion of sidewalk, what kind of inspections or maintenance were performed, the times of the inspections or maintenance and other information about the inspections or maintenance that might have been done on the date of the subject accident, as well as the six (6) months before the date of the subject incident.

9.  A true and correct copy of any and all time sheets, clock cards or any other documents showing the hours and time worked by any employees who last inspected or maintained the subject portion of sidewalk prior to the date of the subject incident.

10. A true and correct copy of any and all documents or lists with the names, addresses, duties, responsibilities, and job descriptions of all employees on duty at the subject location on the date of the subject accident with knowledge of the incident in question.

11. A true and correct copy of any and all documents and/or employee handbooks maintained by the Defendant within one (1) year prior of the date of the subject accident concerning or relating to maintenance, accident investigation/reporting, inspection, or safety precautions and protocols for the sidewalks within the City of Miami.

12. Color copies of any and all photographs taken of the accident scene.

13. A color copy(ies) of any surveillance video(s), photographs, or depictions taken of the Plaintiff by any investigative or surveillance company, including any and all notes, reports, and billing for same.

14. A true and correct copy of any and all surveillance video, cctv, or other video recording which captured Plaintiff's fall, or the area wherein Plaintiff fell. This request includes the video of the two hours before, and the two hours after Plaintiff was injured.

15. A true and correct copy of any written or verbal complaints, notifications, notices, correspondence, letters, email, or other communication received by the Defnedant,

CVS, advising of elevated portions of sidewalk in the area where the subject incident occurred, in the three (3) years prior to the date of the subject incident.

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished to the Defendant, together with the Summons and Complaint.

_____
Andres Hermida, Esquire
Florida Bar Number:  1010725
MORGAN & MORGAN, P.A.
*Attorneys for Plaintiff*
703 Waterford Way, Suite 1050
Miami, FL 33126
Telephone:  305-929-1912
Facsimile:  305-929-1930
Ahermida@forthepeople.com
JJaime@forthepeoplec.com

Filing # 133173348 E-Filed 09/23/2021 12:31:17 PM

| | | |
|---|---|---|
| X IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.<br>☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
| **DIVISION**<br>X CIVIL    ☐ OTHER<br>☐ DISTRICTS | **SUMMONS 20 DAY CORPORATE SERVICE**<br>(a) GENERAL FORMS | **CASE NUMBER**<br>2021-019787-CA-01 |
| **PLAINTIFF(S)**<br>PIERRE GOURGUE | **VS.  DEFENDANT(S)**<br>HOLIDAY CVS, L.L.C. a Florida Limited<br>Liability Company | **SERVICE** |

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on

defendant(s): **HOLIDAY CVS, L.L.C. a Florida Limited Liability Company**

By Serving Its Registered Agent:     **C T CORPORATION SYSTEM**

<u>**1200 South Pine Island Road**</u>

<u>**Plantation, FL 33324**</u>

Each defendant is required to serve written defense to the complaint or petition on
Plaintiff's Attorney: <u>Andres Hermida, Esq., Morgan & Morgan, P.A.</u>

whose address is: <u>703 Waterford Way, Suite 1050, Miami, Florida 33126</u>
(305) 929-1912

<u>ahermida@forthepeople.com jjaime@forthepeople.com</u>

within 20 days " <u>**Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies,**</u>
<u>**or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days.**</u>
<u>**When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days.**</u>" after service of this summons
on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before
service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for
the relief demanded in the complaint or petition.

| | | |
|---|---|---|
| **HARVEY RUVIN**<br><br>**CLERK of COURTS** | | DATE |
| | DEPUTY CLERK | |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to
participate in this proceeding, you are entitled, at no cost to you, to the provision of certain
assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson
E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone
(305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your
scheduled court appearance, or immediately upon receiving this notification if the time
before the scheduled appearance is less than 7 days; if you are hearing or voice impaired,
call 711."**

Case 1:21-cv-23993-RKA   Document 1-2   Entered on FLSD Docket 11/12/2021   Page 46 of 50

| X IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.<br>☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
| --- | --- | --- |
| **DIVISION**<br>X CIVIL      ☐ OTHER<br>☐ DISTRICTS | **SUMMONS 20 DAY CORPORATE SERVICE**<br>**(a) GENERAL FORMS** | **CASE NUMBER**<br>**2021-019787-CA-01** |
| **PLAINTIFF(S)**<br>PIERRE GOURGUE | **VS.  DEFENDANT(S)**<br>**HOLIDAY CVS, L.L.C. a Florida Limited Liability Company** | **SERVICE** |

**THE STATE OF FLORIDA:**

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on

defendant(s): **HOLIDAY CVS, L.L.C. a Florida Limited Liability Company**

By Serving Its Registered Agent:      **C T CORPORATION SYSTEM**

**1200 South Pine Island Road**

**Plantation, FL 33324**

Each defendant is required to serve written defense to the complaint or petition on

Plaintiff's Attorney:  Andres Hermida, Esq., Morgan & Morgan, P.A.

whose address is:  703 Waterford Way, Suite 1050, Miami, Florida 33126

(305) 929-1912

ahermida@forthepeople.com  jjaime@forthepeople.com

within 20 days " **Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies,**
**or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days.**
**When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days.**" after service of this summons

on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before

service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for

the relief demanded in the complaint or petition.

| **HARVEY RUVIN**<br><br>**CLERK of COURTS** | 217043<br><br>DEPUTY CLERK | | DATE<br><br>9/23/2021 |
| --- | --- | --- | --- |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."**

CLK/CT. 314  Rev. 02/16                                                                                    Clerk's web address: www.miami-dadeclerk.com

## RETURN OF SERVICE

State of Florida                                           County of Miami-Dade

Case Number: 2021-019787-CA-01

Plaintiff:
**PIERRE GOURGUE**

vs.

Defendant:
**HOLIDAY CVS, LLC. a Florida Limited Liability Corporatttttion**

For:
Andres Hermida
MORGAN & MORGAN P.A.
703 Waterford Way
Suite 1050
Miami, FL 33126

Received by Ruiz Process Server on the 7th day of October, 2021 at 12:35 pm to be served on **Holiday CVS, LLC CT Corporation System Registered Agent, 1200 South Pine Island Road, Plantation, FL 33324**.

I, ADALBERTO RUIZ  PS #2165, do hereby affirm that on the **14th day of October, 2021** at **9:55 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons and Complaint, Plaintiff's Request for Production and Notice of Service Interrogatories** with the date and hour of service endorsed thereon by me, to: **Donna Moch** as **Registered Agent** at the address of: **1200 South Pine Island Road, Plantation, FL 33324** on behalf of **CT Corporation System**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

_____
**ADALBERTO RUIZ  PS #2165**

**Ruiz Process Server**
**8420 SW 104TH STREET**
**MIAMI, FL 33156**
**(305) 469-4587**

Our Job Serial Number: RUI-2021000158

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2d

Filing # 135173348 E-Filed 09/23/2021 12:31:17 PM

X IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION<br>X CIVIL      ☐ OTHER<br>☐ DISTRICTS | SUMMONS 20 DAY CORPORATE SERVICE<br>(a) GENERAL FORMS | CASE NUMBER<br>2021-019787-CA-01 |
|---|---|---|
| PLAINTIFF(S)<br>PIERRE GOURGUE | VS. DEFENDANT(S)<br>HOLIDAY CVS, L.L.C. a Florida Limited<br>Liability Company | SERVICE |

THE STATE OF FLORIDA:

To Each Sheriff of the State:

**YOU ARE COMMANDED** to serve this summons and copy of the complaint or petition in this action on

defendant(s): <u>HOLIDAY CVS, L.L.C. a Florida Limited Liability Company</u>

By Serving Its Registered Agent:    **C T CORPORATION SYSTEM**

<u>1200 South Pine Island Road</u>

<u>Plantation, FL 33324</u>

Each defendant is required to serve written defense to the complaint or petition on

Plaintiff's Attorney: <u>Andres Hermida, Esq., Morgan & Morgan, P.A.</u>

whose address is: <u>703 Waterford Way, Suite 1050, Miami, Florida 33126</u>
     <u>(305) 929-1912</u>

     <u>ahermida@forthepeople.com jjaime@forthepeople.com</u>



within 20 days " <u>**Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies,**</u>
<u>**or one of its officials or employees sued in his or her official capacity is a defendant, the time to respond shall be 40 days.**</u>
<u>**When suit is brought pursuant to. 768.28, Florida Statutes, the time to respond shall be 30 days."**</u> after service of this summons
on that defendant , exclusive of the day of service, and to file the original of the defenses with the Clerk of this Clerk Court either before
service on Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for
the relief demanded in the complaint or petition.

| | | | DATE |
|---|---|---|---|
| **HARVEY RUVIN**<br><br>**CLERK of COURTS** | 217043<br>*Jason Bethel*<br><br>DEPUTY CLERK | | 9/23/2021 |

## AMERICANS WITH DISABILITIES ACT OF 1990
## ADA NOTICE

**"If you are a person with a disability who needs any accommodation in order to
participate in this proceeding, you are entitled, at no cost to you, to the provision of certain
assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson
E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone
(305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your
scheduled court appearance, or immediately upon receiving this notification if the time
before the scheduled appearance is less than 7 days; if you are hearing or voice impaired,
call 711."**

Filing # 138206349 E-Filed 11/09/2021 03:04:24 PM

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

CASE NO.: 2021-019787-CA-01

PIERRE GOURGUE,

      Plaintiff,

v.

HOLIDAY CVS, L.L.C.,
a Florida Limited Liability Company,
and CITY OF MIAMI,

      Defendant.

_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, PIERRE GOURGUE, by and through the undersigned

attorneys, pursuant to Florida Rules of Civil Procedure 1.420, and hereby files this notice of

voluntary dismissal of the above-styled cause without prejudice as to Defendant, CITY OF MIAMI,

**only**. **All claims against HOLIDAY CVS, L.L.C. remain pending.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to all counsel of record

via electronic mail Served by the Florida E-Portal this ___9TH___ day of ___NOVEMBER___, 2021.

By: _____

Andres Hermida, Esq.
FBN: 1010725
MORGAN & MORGAN, P.A.
*Attorneys for Plaintiff*
703 Waterford Way, Suite 1050
Miami, FL 33126
Telephone: 305-929-1901
Facsimile: 305-929-1944
AHermida@forthepeople.com
JJaime@forthepeople.com